YUNG MING CHOU, State Bar No. 172118
39111 Paseo Padre Parkway, Suite 207
Fremont, California 94538
Tel: (510) 713-8698
Fax: (510) 713-8690
E-mail: chouyung@aol.com

Attorney for Plaintiffs ATECH TECHNOLOGY INC. &
SUNUS SUNTEK INC.

JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>The Hon. Patricia V. Trumbull |

IT IS HEREBY STIPULATED by and between Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. (collectively, "Plaintiffs") and Defendants Martin Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device, Inc. (collectively, "Defendants"), through their respective undersigned counsel, pursuant to Local Rule 6-1,

1  that the initial time within which Defendants must answer or otherwise respond to the
2  complaint in this action shall be extended by five (5) days through and including July 20,
3  2007.
4
5       This Stipulation is not entered for purposes of delay, but rather because the
6  parties believe that this short extension is in the best interests of the parties and designed to
7  "secure the just, speedy, and inexpensive determination" of this action, consistent with the
8  mandate of Federal Rule of Civil Procedure 1.
9
10 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
11
12 Dated: July 11, 2007                          YUNG MING CHOU
13
                                                By:   __/s/ Yung-Ming Chou__.
14                                                    Yung Ming Chou
15
                                                Attorney for Plaintiffs
16                                              ATECH FLASH TECHNOLOGY
                                                INC. & SUNUS SUNTEK INC.
17
18
   Dated: July 11, 2007                          JEFFREY K. LEE
19                                               SALLIE KIM
                                                 GCA LAW PARTNERS LLP
20
21                                               By:___/s/ Jeffrey K. Lee_____.
                                                       Jeffrey K. Lee
22
23                                               Attorneys for Defendants
                                                 MARTIN C. LIN, YUSHAN WANG,
24                                               AKA SAMANTHA WANG, and
                                                 IMAGE DEVICE INC.
25
26
27
28

## CERTIFICATE OF SERVICE

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

>Yung Ming Chou, Esq.
>39111 Paseo Padre Parkway, Suite 207
>Fremont, California 94538
>Email: chouyung@aol.com
>Tel.: (510) 713-8698
>Fax: (510) 713-8690

*Attorney for Plaintiffs Atech Flash Technology Inc. & Sunus Suntek Inc.*

Dated: July 11, 2007

JEFFREY K. LEE
SALLIE KIM
GCA LAW PARTNERS LLP

By: __/s/ Jeffrey K. Lee__
    Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG,
AKA SAMANTHA WANG, and
IMAGE DEVICE INC.

Case No.: C07 02949

-1-