JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES**<br><br>The Hon. Patricia V. Trumbull |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Martin C. Lin, Yushan Wang a.k.a Samantha Wang, and Image Device Inc. aver that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of Defendant Image Device Inc. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 11, 2007

JEFFREY K. LEE
SALLIE KIM
GCA LAW PARTNERS LLP

By: __/s/ Jeffrey K. Lee__ .
      Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

Case No.: C07 02949 PVT
Corporate Disclosure Statement and
Certification of Interested Parties
-1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

## CERTIFICATE OF SERVICE

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

>Yung Ming Chou, Esq.
>39111 Paseo Padre Parkway, Suite 207
>Fremont, California 94538
>Email: chouyung@aol.com
>Tel.: (510) 713-8698
>Fax: (510) 713-8690

*Attorney for Plaintiffs Atech Flash Technology Inc. & Sunus Suntek Inc.*

Dated: July 11, 2007

JEFFREY K. LEE
SALLIE KIM
GCA LAW PARTNERS LLP

By: __/s/ Jeffrey K. Lee__.
      Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG,
AKA SAMANTHA WANG, and
IMAGE DEVICE INC.

Case No.: C07 02949

-1-