1  JEFFREY K. LEE, State Bar No. 212465
   SALLIE KIM, State Bar No. 142781
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Phone No.: (650) 428-3900
4  Fax No.: (650) 428-3901
   E-mail: jlee@gcalaw.com
5  E-mail: skim@gcalaw.com

6  Attorneys for Defendants MARTIN C. LIN,
   YUSHAN WANG, AKA
7  SAMANTHA WANG,
   and IMAGE DEVICE INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14
   ATECH FLASH TECHNOLOGY INC. &        No. C07 02949 PVT
15 SUNUS SUNTEK INC.
                                        **ORDER [PROPOSED]**
16       Plaintiffs,
                                        The Hon. Patricia V. Trumbull
17       v.

18 MARTIN C. LIN, YUSHAN WANG,
   A.K.A. SAMANTHA WANG, and IMAGE
19 DEVICE INC.

20       Defendants.

21

22

23       On July 20, 2007, defendants Martin Lin, Yushan Wang aka Samantha Wang, and

24 Image Device, Inc., moved pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and

25 12(b)(6), to dismiss the Complaint for Damages filed by plaintiffs Atech Flash Technology, Inc.

26 and Sunus Suntek, Inc. on June 6, 2007.

27

28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949 PVT              -1-
ORDER

On Tuesday, September 4, 2007, the motion came before the Honorable Patricia V. Trumbull, United States Chief Magistrate Judge, presiding. Having considered the Defendants' motion, Plaintiff's opposition, Defendants' reply, and the oral arguments presented by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that the MOTION is GRANTED on the following grounds

1. This court lacks subject matter jurisdiction over this diversity action; and

2. Defendant Image Device, Inc. is hereby dismissed on the grounds that the Court has neither general nor specific personal jurisdiction over the company; and

3. Count I (statutory trade secret misappropriation) is dismissed with prejudice because Plaintiffs alleged "customer list" is not a trade secret under California's Uniform Trade Secrets Act;

4. Count II (common law trade secret misappropriation), Count IV (intentional interference with economic advantage) and Count V (conspiracy) are dismissed with prejudice because they each are preempted by California's Uniform Trade Secrets Act;

5. Count II (breach of employment agreement) fails to meet federal pleading requirements and is dismissed on that basis.

IT IS SO ORDERED,

DATED: _____    _____
PATRICIA V. TRUMBULL
UNITED STATES CHIEF MAGISTRATE JUDGE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949 PVT
ORDER
-2-