JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN,
YUSHAN WANG, AKA
SAMANTHA WANG, and
IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>**DECLARATION OF MARTIN C. LIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>The Hon. Patricia V. Trumbull<br><br>Date:   Tuesday, September 4, 2007<br>Time:   10:00 a.m.<br>Courtroom:   5, 4th Floor |

I, Martin C. Lin, declare:

1. I am over the age of eighteen. I have personal knowledge of the facts stated herein and, if called upon to testify at trial, could and would testify as follows.

2. I am a co-founder of Defendant Image Device, Inc. ("Image Device").

3. Yushan Wang aka Samantha Wang and I are husband and wife. We were married in 1994.

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss

-1-

4. Samantha Wang and I became employees of Plaintiff Sunus Suntek, Inc. ("Suntek") during 1998.

5. Suntek was and remains a computer casing manufacturer.

6. Attached as **Exhibit 1** is a true and correct copy of a 6/26/2007 screenshot from Suntek's website at http://www.suntekgroup.com/index.htm.

7. When I began my employment with Suntek in 1998, my primary duty was to establish and manage a Suntek branch office in Georgia.

8. Prior to establishment of that office, Suntek operated domestically only out of a location in Fremont, California.

9. I was responsible for supervision of sales activities to Suntek's East Coast domestic customers through the Georgia office.

10. During our employment with Suntek, Samantha Wang and I resided and owned a house in Suwanee, Georgia.

11. We both worked as Suntek employees until approximately March 2006.

12. All paychecks received by me and by Samantha Wang were issued by Suntek and identified our Georgia residence address.

13. Neither I nor my wife ever received any payroll payment from Plaintiff Atech Flash Technology, Inc. ("Atech").

14. Since leaving our respective Suntek employment terms, Samantha Wang and I have each traveled and pursued career and business opportunities internationally, including through family members in China and Taiwan.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss
-2-

15. On or about April 19, 2006, my wife and I co-founded Defendant Image Device, Inc. ("Image Device").

16. Attached as **Exhibit 2** is a true and correct copy of a 6/23/2007 Georgia Secretary of State Business Information Printout for Image Device, Inc.

17. Image Device was incorporated and has its principal (and only) place of business in Georgia.

18. Samantha Wang was and is the sole shareholder of Image Device.

19. Image Device is a manufacturer of high end memory card readers for consumer, professional and industrial digital imaging markets, including the photo kiosk industry.

20. Attached as **Exhibit 3** is a true and correct copy of a 7/20/2007 screenshot from Image Device's website at http://www.imagedevice.com/AboutUs.htm.

21. Image Device develops new products for the flash card reader market.

22. Image Device products are designed and developed in the Georgia office and manufactured in a facility in Shen Zhen, China.

23. Image Device products include a series of 3.5" flash card readers that can be purchased by "photo kiosks" manufacturers who install a reader as a component to their machines.

24. Image Device's card reader product series provides one alternative to model XM-28U, a component sold by Plaintiff Atech.

25. Image Device does not offer for sale computer casing products or otherwise compete with Suntek.

26. Image Device has had no sales, customers, employees, or any other business arising from California.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

27. Image Device has never been registered or otherwise licensed or qualified to do business in California.

28. Image Device does not have an agent for service of process in California.

29. Image Device neither owns nor leases any property in California.

30. Image Device is not required to pay any California taxes or fees.

31. Image Device maintains no office or mailing address in California.

32. Image Device's internet website does not allow Californians or anyone else to place purchase orders on-line.

33. Image Device has no physical presence in California.

34. The only California activity of Image Device is the defense of the lawsuit by Plaintiffs Suntek and Atech.

35. Atech identifies domestic and international customers on its official company website.

36. Attached as **Exhibit 4** is a true and correct copy of a 7/20/2007 screenshot from Atech's website at http://www.atechflash.com/wheretobuy.html.

37. Suntek also lists customers on its company website at http://www.suntekgroup.com/index.htm.

38. Atech identifies its card readers by placing its company "AFT" logo on the front face plate of its products.

39. The Atech logo and the distinctive design of its card reader face plates allow any person to know that a customer, such as a kiosk maker, uses Atech flash card readers.

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss
-4-

40. I do not know from the allegations in Plaintiffs' Complaint the identity or specific terms of any non-disclosure or non-solicitation agreement that Plaintiffs claim my wife or I entered.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Suwanee, Georgia on July 20, 2007.

Martin C. Lin

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss
-5-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900