# EXHIBIT 1

## To

## Declaration of Martin C. Lin

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900



ISO 9002 CERTIFIED

# SUNUS SUNTEK



- Computer Cases
- Power Supply
- Cooler
- Sign Up
- E-mail Us
- Employment



Computer Cases

The World Leader in Quality Cases & Power Supplies

Power Supply

**Suntek** has been committed to major chassis and power supply supplier since the company started in 1983., as a computer case designer and manufacturer, Suntek is also one of the few pioneers to enter into the PC case market with the IBM compatible XP Desktop case for Intel. since then, Suntek has targeted substantial resources for development and manufacture of new generations of computer cases.

Suntek was formed in 1983 in Taiwan and consisted of 30 employees working in a small production area. Today, over 900 peoples are employed producing 350,000 cases a month, All manufacturing operations are take place in the Suntek facility; these include injection molding, sheet metal cutting, a high quality paint finish and OEM/ODM production. During this time the company has created a worldwide distribution network and has striven to keep ahead of market requirements.

It designs, manufactures, and markets a variety of form factors such as ATX, MicroATX, FlexATX, LPX, OEM and custom designs. Our loyal clients range from **Fortune 500** companies to local computer resellers and from **U.S.A.** to **Europe**, including **Intel, Everex, CompUSA, ECS, NIC, V2 Premier,** Etc.

Its high quality and excellent compatibility with a wide variety of computers have won an estimable reputation among Computer Chassis makers. After these years of dedication, Suntek has built up a very strong foothold in the business and won a respectable reputation among customers. Therefore, customer's satisfaction is always our top priority concern and is also our key to success.

**SUNUS SUNTEK**

 

**Headquarters**
46045 Warm Springs Blvd, Fremont, CA 94539
Tel: 510.226.8168  Fax: 510.226.9168

info@suntekgroup.com