# EXHIBIT 2

## To

## Declaration of Martin C. Lin

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss



GEORGIA SECRETARY OF STATE
Corporations Division
Suite 315, West Tower
2 Martin Luther King Jr., Drive
Atlanta, Georgia 30334-1530
(404) 656-2817

Cathy Cox
Secretary of State
State of Georgia

Warren H. Rary
Director

```
CONTROL NUMBER      : 0631953
DATE INC/AUTH/FILED : 04/19/2006
JURISDICTION        : GA
PRINT DATE          : 06/23/2007
FORM NUMBER         : 220
```

BUSINESS INFORMATION PRINTOUT

This information is provided without certification from the business registration database maintained by the Secretary of State as of the print date on the following entity.

IMAGE DEVICE INC.
A PROFIT CORPORATION COMPANY

ADDRESS:
400 PEACHTREE INDUST. BLVD. #6
SUWANEE , GEORGIA 30024

CEO:
YUSHAN WANG

SEC:
YUSHAN WANG

CFO:
YUSHAN WANG

REGISTERED AGENT & OFFICE:
YUSHAWN WANG
400 PEACHTREE INDUST. BLVD. #6
SUWANEE , GA 30024

Date of last annual registration : 08/31/2006
Status                           : Active/Owes Current Year
Status Date                      :