1
2
3
4

# EXHIBIT 3

5
6

To

7
8

**Declaration of Martin C. Lin**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss

Image Device Inc. a leading manufacturer and innovator of high end card readers for consumer, professional and industrial digi...   Page 1 of 1



### Products

IMR-5UK
IMR-5UB
KMR-3B
KMR-3K
KMR-3UB
KMR-3US
KMR-3UK
KMR-3UBB
KMR-3UBS
KMR-3UBK
MidiaSmart5v
MediaSmart5i
MSPCMCIA
MediaExpress 34i

## About Image Device

**Image Device Inc.** is a leading manufacturer and innovator of high end card readers for consumer, professional and industrial digital imaging markets. Incorporating our cutting edge technology, we consistently develop new products delivering exceptional functionality and performance at highest quality.

Based in the U.S, Image Device products are designed and developed in our U.S. headquarters and manufactured in our own facility in Shen Zhen, China.

Our products are distributed worldwide, with the capability to fulfill OEM requirements.

If you are interested in more information, please feel free to contact us or visit us at www.imagedevice.com.

| Products | About Us | Warranty | Sign Up | Contact |
© Copyright 2006 Image Device Inc.

**Image Device Inc.**