# EXHIBIT 4

## To

## Declaration of Martin C. Lin

Case No.: C07 02949 PVT
Decl of Martin C. Lin in Support of Motion to Dismiss

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900



Atech Flash Technology

HOME | PRODUCTS | SUPPORT | EVENTS | ABOUT US

**Main Menu**

Home

Products

Support

Events

About Us

**Where to Buy**

## USA and Canada Retailers

**Sales Office**
Atech Flash Technology, Inc.
46045 Warm Sprin
Blvd.
Fremont, CA 9453

Tel: 510-824-6868
Fax: 510-824-686

email:
sales@atechflash.























  

## Europe Retailers

  

  

 

## Asia Retailers

  



## Latin America Retailers

Mac Store



Copyright 2006 Atech Flash Technology, Inc. All Rights Reserved.