JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>　　Plaintiffs,<br><br>v.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>　　Defendants. | No. C 07-02949 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>The Hon. Patricia V. Trumbull |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.

Case No.: C07 02949 PVT
DEFENDANTS' CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE

-1-

1  Appeal from the judgment shall be taken directly to the United States Court of Appeals for
2  the Ninth Circuit.
3
4  Dated: August 1, 2007
5                                                            JEFFREY K. LEE
                                                          SALLIE KIM
                                                          GCA LAW PARTNERS LLP

By:  /s/ Jeffrey K. Lee
        Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG,
AKA SAMANTHA WANG, and IMAGE
DEVICE INC.

Case No.: C07 02949 PVT       -2-
DEFENDANTS' CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900