1  YUNG MING CHOU, ESQ (SBN 172118)
   39111 Paseo Padre Parkway, Suite 207
2  Fremont, CA 94538
   Tel.: (510) 713-8698
3  Fax: (510) 713-8690

4  Attorney for Plaintiffs
              ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ATECH FLASH TECHNOLOGY INC. &
   SUNUS SUNTEK INC.                    Case No.: C07 02949 PVT
11
            Plaintiff,                  CONSENT TO MAGISTRATE JUDGE
12                                      JURISDICTION
        vs.
13
   MARTIN C. LIN, YUSHAN WANG, A.K.A.
14 SAMANTHA WANG., AND IMAGE
   DEVICE INC.
15
            Defendants.
16

18     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19     The undersigned party in the above-captioned civil matter hereby consents to the

20 assignment of this case to a United States Magistrate Judge for trial and disposition.

21 Dated: August 2, 2007

22                                          /s/ Yung-Ming Chou
                                        Yung-Ming Chou
23                                      Attorney for Plaintiffs
24                                      Sunus Suntek Inc. & Atech Flash
                                        Technology Inc.

(CONSENT TO MAGISTRATE JUDGE JURISDICTION)
C07 02949 PVT

1
2                    PROOF OF SERVICE BY E-MAIL
3
Yung-Ming Chou certifies:
4
5        I am, and at times mentioned herein was, an active member of the State Bar of California and not a party to the within cause. My business address is 39111 Paseo Padre Parkway, Suite 207, Fremont, CA 94538.
6
7        On August 2, 2007, I served a copy of attached CONSENT TO MAGISTRATE JUDGE JURISDICTION by electronic mail to the following recipient:
8
9               Jeffrey K. Lee
                Sallie Kim
10              GCA Law Partners LLP
                1891 Landings Drive
11              Mountain View, CA 94043
                Tel: (650) 428-3900
12              Fax: (650) 428-3901
13              E-Mail: jlee@gcalaw.com
                E-Mail: skim@gaclaw.com
14
15
         I declare under penalty of perjury under the laws of the State of California that the
16  foregoing is true and correct.
17
Dated: August 2, 2007
18                                              _____/s/ Yung-Ming Chou_____
                                                Yung-Ming Chou
19
20
21
22
23
24
25
26
27
28
                                                 2

(CONSENT TO MAGISTRATE JUDGE JURISDICTION)
C07 02949 PVT