| Attorney or Party without Attorney:<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698    FAX: No: 510 713-8690 | Ref. No or File No.: | For Court Use Only<br>FILED<br>AUG 0 3 2007<br>RICHARD W. W.<br>CLERK, U.S. DISTRICT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California ||| 
| *Plaintiff:* Atech Flash Technology Inc. & Sunus Suntek Inc. |||
| *Defendant:* Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc. |||

| **Attempted However Returned Not Served** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02949PVT |
|---|---|---|---|---|

1. I, Timothy Moore, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Image Device Inc. as follows:

2. **Documents:** Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines; EDF Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/09/07 | 11:05am | Business | Bad Address- The clerk confirmed that the box was closed about 1 month ago. Attempt made by: Timothy Moore. Attempt at: The UPS Store 5339 Prospect Road #280 San Jose CA 95129. |
| Tue | 06/19/07 | 12:00pm | Business | Returned Not Served on: Image Device Inc. Business - The UPS Store 5339 Prospect Road #280 San Jose, CA. 95129 |

3. *Person Executing*
   a. Timothy Moore
   **b. D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $30.00
*e. I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:  842
   (iii) County:  Alameda
   (iv) Expiration Date:  Sat, Apr. 19, 2008

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Jun. 20, 2007    **Attempted However Returned Not Served**    *Timothy Moore*
(Timothy Moore)