| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698   FAX No: 510 713-8690 | | **FILED**<br>AUG 0 3 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: Atech Flash Technology Inc. & Sunus Suntek Inc. | | |
| Defendant: Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc. | | |

| PROOF OF SERVICE<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02949PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines; EDF Registration Information Handout

3. a. *Party served:*    Yushan Wang AKA Samantha Wang

4. *Address where the party was served:*    4214 Silver Peak Parkway
   Suwanee, GA 30024

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Jun. 24, 2007 (2) at: 10:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. Chris Stanton
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $200.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    555
      (iii) County:    Alameda

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Jul. 02, 2007
   SEE ATTACHED JURAT.

   Judicial Council Form POS-010          PROOF OF SERVICE               (Chris Stanton)
   Rule 982.9.(a)&(b) Rev January 1, 2007  Summons in a Civil Case                              chou.10037

## JURAT

State of
County of

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 20 0 7 by Christopher Stanton, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

[Notary Seal: NICHOLAS A. MALLAS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES OCTOBER 7, 2010]