| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>*Telephone No:* 510 713-8698    *FAX: No:* 510 713-8690 | | | *For Court Use Only* |
| *Ref. No or File No.:* | | | FILED<br>AUG 0 3 2007<br>RICHARD W.<br>CLERK, U.S. District Court<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | |
| *Plaintiff:* Atech Flash Technology Inc. & Sunus Suntek Inc. | | | |
| *Defendant:* Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc. | | | |
| **Declaration of Due Dilligence**<br>Summons in a Civil Case | *Hearing Date:* | *Time:* | *Dept.:* *Case Number:*<br>C07-02949PVT |

1.  I, Timothy Moore, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Yushan Wang, AKA Samantha Wang as follows:

*2. Documents:*    **Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines;  EDF Registration Information Handout.**

| Day | Date | Time | Location | R e s u l t s |
|-----|------|------|----------|---------------|
| Sat | 06/09/07 | 11:05am | Business | Bad Address- The clerk confirmed that the box was closed about 1 month ago. Attempt made by: Timothy Moore. Attempt at: The UPS Store 5339 Prospect Road #280 San Jose CA 95129. |
| Tue | 06/19/07 | 12:00pm | Business | Returned Not Served on: Yushan Wang, AKA Samantha Wang Business - The UPS Store 5339 Prospect Road #280 San Jose, CA. 95129 |

*3.  Person Executing*
   a. Timothy Moore
   **b. D & R Legal Process Service, L.L.C.**
     39159 Paseo Padre Parkway, Registration # 555
     Suite #112
     Fremont, CA  94538
   c. (510) 797-9996, FAX (510) 797-9998

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee* for service was: $30.00
*e. I am:*  (3)  registered California process server
     (i)    Independent Contractor
     (ii)   *Registration No.:*        842
     (iii)  *County:*                    Alameda
     (iv)  *Expiration Date:*        Sat, Apr. 19, 2008

*4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Date:* Wed, Jun. 20, 2007          **Declaration of Due Dilligance**          *Timothy Moor*
                                               (Timothy Moore)