| *Attorney or Party without Attorney:*<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>*Telephone No:* 510 713-8698   *FAX No:* 510 713-8690<br>*Ref. No or File No.:* | For Court Use Only<br><br>**FILED**<br>AUG 0 3 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
|---|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* Atech Flash Technology Inc. & Sunus Suntek Inc.
*Defendant:* Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07 02949PVT |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines; EDF Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jun. 29, 2007
   b. Place of Mailing:         Fremont, CA 94538
   c. Addressed as follows:     Martin C. Lin
                                4214 Silver Peak Parkway
                                Suwanee, GA 30024

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 29, 2007 in the ordinary course of business.

5. *Person Serving:*
   a. Jason M. Burke, CCPS
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway,
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $130.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:     555
      (iii) County:              Alameda
      (iv) Expiration Date:      Tue, Aug. 21, 2007

State of California, County of
_Alameda_
Subscribed & sworn to (or affirmed)
Before me on this 3 day of July 2007, by
JASON M BURKE
personally known to me to be the person(s)
who appeared before me.
Signature _Marcia L Burke_

MARCIA L. BURKE
COMM. #1532724
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. DEC. 9, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jul. 02, 2007

   Judicial Council Form POS-010                    PROOF OF SERVICE                (Jason M. Burke, CCPS)        chou.10036
   Rule 982.9.(a)&(b) Rev January 1, 2007               By Mail