| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538 | | | | FILED<br>AUG 03 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| Telephone No: 510 713-8698    FAX: No: 510 713-8690 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: Atech Flash Technology Inc. & Sunus Suntek Inc. | | | | |
| Defendant: Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc. | | | | |
| **Declaration of Due Dilligance**<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02949PVT |

1. I, Timothy Moore, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Martin C. Lin as follows:

2. **Documents:** Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines; EDF Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/09/07 | 11:05am | Business | Bad Address- The clerk confirmed that the box was closed about 1 month ago. Attempt made by: Timothy Moore. Attempt at: The UPS Store 5339 Prospect Road Box #280 San Jose CA 95129. |
| Tue | 06/19/07 | 12:00pm | Business | Returned Not Served on: Martin C. Lin Business - The UPS Store 5339 Prospect Road Box #280 San Jose, CA. 95129 |

3. *Person Executing*
   a. Timothy Moore
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $45.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 842
      (iii) County: Alameda
      (iv) Expiration Date: Sat, Apr. 19, 2008

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jun. 20, 2007    **Declaration of Due Dilligance**    (Timothy Moore)