| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698  FAX No: 510 713-8690 | | **FILED**<br><br>AUG 0 3 2007<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: Atech Flash Technology Inc. & Sunus Suntek Inc.
Defendant: Martin C. Lin, Yushan Wang, AKA Samantha Wang, and Image Device Inc.

| PROOF OF SERVICE<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 02949PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Damages; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); Order Setting Initial Case Management Conference and ADR Deadlines; EDF Registration Information Handout

3. a. Party served: Martin C. Lin

4. Address where the party was served: 4214 Silver Peak Parkway
   Suwanee, GA 30024

5. I served the party:
   b. by substituted service. On: Sun., Jun. 24, 2007 at: 10:00AM by leaving the copies with or in the presence of:
   Samantha Wang, Resident
   (2) (Home)Competent Member of the Household over 18. I informed him or her of the general nature of the papers. The Defendant's Business address is unknown
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Chris Stanton
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998
   d. The Fee for Service was: $130.00
   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.: 555
      (iii) County: Alameda

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jul. 02, 2007

(Chris Stanton)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Case

chou.10036

## JURAT

State of
County of

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2007 by Christopher STANTON, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature [Notary seal: NICHOLAS A. MALLAS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES OCTOBER 7, 2010]

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA



Atech Flash Technology Inc. & Sunus Suntek Inc.

V.

Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 02949 PVT

TO: (Name and address of defendant)

Martin C. Lin, 4214 Silver Peak Parkway, Suwanee, GA 30024
Yushan Wang, a.k.a. Samantha Wang; 5339 Prospect Road, #280, San Jose, CA 95129
Image Device Inc., 5339 Prospect Road, #280, San Jose, CA 95129

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-6-07

(BY) DEPUTY CLERK

Sandy Morris

FILED
2007 AUG -3 P 3:51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING