**ATECH FLASH TECHNOLOGY INC.**

LIN003    Martin Lin                                                                  2517

| MA050105 | EXP REIMBU 05/01/05 | 252.99 | 0.00 | 0.00 | 252.99 |

(Acct: 12100-000-0000)         Check Date 05/12/05                  Total         252.99

---

**Travel Expense Report**

Reported by: MARTIN
Report Date: 4/12/05

N. LIN

To ORLANDO    To
To 2/23    To
2005

| | Transportation 交通費 | | Entertainment 飲食、娛樂費 | | Tips 小費 | Others 其他費用 | Customer 客戶 |
|---|---|---|---|---|---|---|---|
| | AMEX | Cash | AMEX | Cash | Cash | | |
| | | | 91 | | | | |
| | | | 22 | | | | |
| | | | sh | | | | |
| | | 2.00 | | | | | |
| | | 10.00 } Parking | | | | | |
| | | 3.00 | | | | | |
| | | 7.00 | | | | | |
| | | $22.00 | | | | | |
| | | 3.63 | | | | | |
| | | ok-oo | | | | | |

TOTAL = $70.63

ATECH FLASH TECHNOLOGY INC.                                                              2655
            LIN003            Martin Lin

LIN111005   AUTO TRAN   11/10/05         925.00          0.00           0.00          925.00

(Acct: 12100-000-0000)          Check Date 11/11/05                Total              925.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|

Total : $ 925.00

* Actual receipts need to attached or processing payment. Thank you for your cooperation.

Signature : _____

PAID
NOV 11 2005
BY: CK0#2655

For Accounting Dept. Use Only.

Payment : _____   Date : 11-11-05   Approved by : _____