```
From: "Martin Lin" <martin@atechflash.com>
To: "'Tammy'" <tammy@atechflash.com>,
    "'Iris'" <iris@atechflash.com>
Cc: "'Raymond Chan'" <raymond@atechflash.com>,
    "'Vivian Yu'" <vivian@atechflash.com>,
    "'Larry Liang'" <larry@atechflash.com>,
    "'Eric Liu'" <ericliu@atechflash.com>
Subject: Certification on XM-28U
Date: Fri, 23 Sep 2005 13:51:35 -0700
Message-ID:
<S364192AbVIWUvh/20050923205137Z+34883@ams011.ftl.affinity.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_NextPart_000_000E_01C7DB6D.1D963550"
X-Mailer: Microsoft Office Outlook, Build 11.0.6353
Thread-Index: AcXAgJXNe+MQCPsUROGT/U4Sq5dg8g==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3138

This is a multi-part message in MIME format.

------=_NextPart_000_000E_01C7DB6D.1D963550
Content-Type: text/plain;
    charset="us-ascii"
Content-Transfer-Encoding: 7bit
```

Dear Tammy,

I have a customer interested in XM-28U and I need to provide them all certifications (FCC, CE.etc) on the product. Can you please send us a copy?

Thanks!

Best Regards,

Martin Lin

Atech Flash Technology Inc.

tel : 770.638.4777

fax : 770.638.4600

email :   <mailto:martin@atechflash.com> martin@atechflash.com

website :   <http://www.atechflash.com> http://www.atechflash.com

_____

CONFIDENTIALITY NOTICE:
This e-mail message is intended only for the person or entity to which it is
addressed and may contain confidential

and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the

intended recipient, lease contact the sender by reply e-mail and destroy all
copies of the original message. If you

are the intended recipient but do not wish to receive communications through
this medium, please so advise the

sender immediately.