```
From: "Samantha Wang" <samantha@atechflash.com>
To: "'JasonSaw'" <jason@atechflash.com>
Cc: "'George Yang'" <george@atechflash.com>,
    "'Larry Liang'" <larry@atechflash.com>,
    "'EricLiu'" <eric@atechflash.com>,
    "'IRIS'" <iris@atechflash.com>,
    <raymond@atechflash.com>
Subject: Clamshell and printing vendor contact information
Date: Tue, 14 Feb 2006 18:08:39 -0700
Message-ID: <001901c631cc$5bb473c0$0700a8c0@SamanthaWang>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_NextPart_000_0006_01C7DB6D.1D93EB60"
X-Mailer: Microsoft Office Outlook 11
Thread-Index: AcYxy+fZrtk/RvkdTlavk580mR6v5A==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3138

This is a multi-part message in MIME format.

------=_NextPart_000_0006_01C7DB6D.1D93EB60
Content-Type: text/plain;
    charset="us-ascii"
Content-Transfer-Encoding: 7bit
```

Dear Jason,

Attached please find clamshell and printing vendor contact information.

I briefed you the procedure of Express card package and both of us just did the initial contact with clamshell vendor.

However, if you have anything unclear, please feel free to let me know.

Best regards,
Samantha Wang

Atech Flash Technology, Inc.
Tel : 510-226-8168
Fax: 510-226-9168
e-mail:   <mailto:samantha@atechflash.com> samantha@atechflash.com
website:  <BLOCKED::http://www.atechfalsh.com> www.atechfalsh.com

The content of this email and any attachment may contain proprietary and
confidential information. It is intended to be conveyed only to the
designated recipient(s). If you are not an intended recipient of this
message, please notify the sender by replying to this message and then
delete it from your system. Use, dissemination, distribution or reproduction
of this message by unintended recipients is not authorized and may be
unlawful.