April, 2, 2006

Mr. Larry Liang
Sunus Suntek Inc. / Atech Flash Technology, Inc.
46045 Warm Springs Blvd.,
Fremont, CA 94539

Dear Larry,

After a serious consideration, I would like to inform you officially that both Martin Lin and I have decided to terminate our employments with Sunus Suntek Inc. / Atech Flash Technology, Inc, effective March 31, 2006. This decision remains unchanged from what we have informed you originally, before we went on taking our vacations from March 10, 2006.

It is also according to our best efforts and knowledge that our jobs have been properly transferred and company properties returned in full prior to our vacations. If you have any issue or concerns, please do not hesitate to let us know. We can be reached at wangsamantha@hotmail.com

We sincerely thank you for the career opportunities and job experiences. Please also accept our best wishes to you.

Sincerely,

Yushan (Samantha) Wang