

**Products**

IMR-5UK

IMR-5UB

KMR-3B

KMR-3K

KMR-3UB

KMR-3US

KMR-3UK

KMR-3UBB

KMR-3UBS

KMR-3UBK

MidiaSmart5v

MediaSmart5i

MSPCMCIA

MediaExpress 34i

**Sales**
Phone: 408.455.3698
sales@imagedevice.com

**Service & Support**
support@imagedevice.com

service@imagedevice.com

**General non-technical questions, suggestions and/or comments to
Image Device Inc.
or Website feedback**
info@imagedivece.com

| Products | About Us | Warranty | Sign Up
| Contact |
© Copyright 2006 Image Device Inc.

**Image Device Inc.
US Headquarter:** 5339 Prospect Road, #280, San Jose, CA 95129
                      Tel : 408.455.3698   Fax: 408.257.1169
**China Factory:**   26 Building,XiTian 3rd Industrial Zone,GongMing Town,Shenzhen, China