Image Device Inc. a leading manufacturer and innovator of high end card readers for consumer, professional and industrial digital imaging ma... Page 1 of 3

Case 5:07-cv-02949-PVT   Document 19-10   Filed 08/14/2007   Page 1 of 3



## PC System Solutions



- Entry model 3.5" internal card reader with Front USB port

- Ideal for PC system integration with cost down solution

- Supports 16 most popular media formats

- Enhanced ESD Protection





## What's New

**KMR-3**
Base model of KMR-3 series card reader.
Economic yet sturdy construction.



**KMR-3U**
With front USB 2.0 port to allow users to transfer digital pictures from USB Pen drives

Image Device Inc. a leading manufacturer and innovator of high end card readers for consumer, professional and industrial digital imaging ma... Page 2 of 3

Case 5:07-cv-02949-PVT    Document 19-10    Filed 08/14/2007    Page 2 of 3





or portable USB devices.

**KMR-3UB**
Complete features to offer all digital data transferring methods. Contact our sale representative for more info.









**MediaPCMCIA**
**PCMCIA 10 in 1 card reader** is based on PCMCIA technology to offer light weight and compact modular expansion for most notebooks today >> learn more

**MediaSmart 5v**
**Pocket size card reader** with USB 2.0 technology to provide ultra high speed flash media card read and write >> learn more

**MediaExpress 34i**
**Express Card 10 in1 card reader** is incorporating the new "Express Card" technology to deliver faster transfer speed.
Require less power than has traditionally been required>> learn more

**MediaSmart 5i**
**Pocket size card reader** with USB 2.0 technology to provide ultra high speed flash media card read and write. Backward compatible with USB 1.1 ports >> learn more

| Products | About Us | Warranty | Sign Up | Contact |
© Copyright 2006 Image Device Inc.

**Image Device Inc.**

Image Device Inc. a leading manufacturer and innovator of high end card readers for consumer, professional and industrial digital imaging ma... Page 3 of 3

Case 5:07-cv-02949-PVT    Document 19-10    Filed 08/14/2007    Page 3 of 3

**US Headquarter:** 5339 Prospect Road, #280, San Jose, CA 95129
Tel : 408.455.3698  Fax: 408.257.1169
**China Factory:** 26 Building, XiTian 3rd Industrial Zone, GongMing Town, Shenzhen, China