# STATE OF GEORGIA
## 2006 Corporation Annual Registration

**OFFICE OF SECRETARY OF STATE**
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**CATHY COX**
Secretary of State

**Enrico M. Robinson**
Director of Corporations

**Entity Control No.** 0631953

**Information on record as of:** 8/31/2006

IMAGE DEVICE INC.
400 PEACHTREE INDUST. BLVD. #6
SUWANEE GA, 30024

Amount due from this entity is indicated below.  Annual fee is $30.  If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2006**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| IMAGE DEVICE INC. | 400 PEACHTREE INDUST. BLVD. #6 | SUWANEE | GA | 30024 |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT:    YUSHAWN WANG | 400 PEACHTREE INDUST. BLVD. #6 | SUWANEE | GA | 30024 |

| **IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:** | | | | |
|---|---|---|---|---|
| Corporation Addr: | | | | |
| CEO:    YUSHAN WANG | 5339 PROSPECT RD, SUITE 280 | SAN JOSE | CA | 95129 |
| CFO:    YUSHAN WANG | 5339 PROSPECT RD, SUITE 280 | SAN JOSE | GA | 95129 |
| SEC:    YUSHAN WANG | 5339 PROSPECT RD, SUITE 280 | SAN JOSE | GA | 95129 |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA | |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE:  YUSHAN WANG          DATE:  8/31/2006 | GWINNETT | |
| TITLE:    Filer | | |

BR203 2006 Corporation Annual Registration

Amount Due:  **$30.00**

064 06319538 0030004 IMAGEDEVICEINC0000007