YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail; chouyung@aol.com

Attorney for Plaintiffs
    ATECH FLASH TECHNOLOGY INC.
    & SUNUS SUNTEK INC.

JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG., AND IMAGE DEVICE INC.<br><br>Defendants. | Case No.: C07 02949 PVT<br><br>STIPULATED REQUEST TO VACATE AND RESET TIMES SET BY THE INITIAL SCHEDULING ORDER AND [PROPOSED] ORDER<br><br>The Hon. Patricia V. Trumbull |
|---|---|

Pursuant to Civil Local Rule 6-2, plaintiffs Atech Flash Technology Inc. and Sunus Suntek Inc. and defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device, Inc. hereby stipulate and request that this Court vacate all pending deadlines found in its June 7, 2007 Order setting the initial case management conference and ADR deadlines until such time after it rules on defendants' pending motion to dismiss plaintiffs' complaint for, *inter alia*,

1

1  lack of subject matter jurisdiction. The parties jointly declare the following in support of this
2  request:
3      WHEREAS, on June 7, 2007, the Hon. Patricia V. Trumbull issued an order setting initial
4  case management conference and ADR deadlines, establishing the parties' meet and confer and
5  ADR certification deadlines for August 21, 2007, the initial disclosure and Case Management
6  Statement filing deadlines for September 4, 2007, and scheduling an initial case management
7  conference for September 11, 2007;
8      WHEREAS, defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image
9  Device Inc. have filed a motion to dismiss plaintiffs' complaint for (1) lack of subject matter
10 jurisdiction, (2) lack of personal jurisdiction over defendant Image Device, Inc. and (3) failure to
11 state a claim in each count of the complaint, and the hearing for said motion is scheduled for
12 September 4, 2007;
13     WHEREAS, all plaintiffs and defendants filed their written consents to proceed before a
14 United States Magistrate Judge on August 2, 2007;
15     WHEREAS, the requested modification of the aforesaid deadlines would be in the agreed
16 best interests of the parties and have not effect on the schedule for this case;
17     WHEREAS, it would best serve judicial economy for this Court to vacate ~~and reset the~~
18 aforesaid deadlines ~~[stricken text]~~;
19     WHEREAS, the parties stipulated to a previous five (5) day enlargement of time for
20 defendants to respond to plaintiff's complaint;
21     WHEREFORE plaintiffs Atech Flash Technology Inc. and Sunus Suntek Inc. and
22 defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device Inc. hereby
23 jointly stipulate and request that this Court vacate its order setting initial case management
24 conference and ADR deadlines, dated June 7, 2007, and all deadlines set forth therein, ~~[stricken text]~~
25 ~~[stricken text]~~
26 ///
27 //
28 /

(JOINT MOTION TO VACATE THE INITIAL SCHEDULING ORDER)
C07 02949 PVT

Dated: August 15, 2007

/s/ Yung-Ming Chou
Yung-Ming Chou

Attorney for Plaintiffs
ATECH FLASH TECHNOLOGY INC. &
SUNUS SUNTEK INC.

Dated: August 15, 2007

JEFFREY K. LEE
SALLIE KIM
GCA LAW PARTNERS LLP

By: /s/ Jeffrey K. Lee  (by permission)
Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG, AKA
SAMANTHA WANG, and IMAGE
DEVICE INC.

## ORDER

After consideration of the parties' Stipulated Request to Vacate and Reset Times Set by the Initial Scheduling Order and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the order setting initial case management conference and ADR deadlines, dated June 7, 2007, and all pending deadlines set forth therein are hereby VACATED ~~until further order of the Court~~. The Case Management Conference shall be held on October 2, 2007.

Dated: 8/16, 2007

Patricia V. Trumbull
United States Magistrate Judge

3

(JOINT MOTION TO VACATE THE INITIAL SCHEDULING ORDER)
C07 02949 PVT