IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATECH FLASH TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN LIN, ET AL.,<br><br>Defendant. | CASE NO.: C 07-2949 PVT<br><br>**CLERK'S NOTICE CONTINUING MOTION HEARING** |

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss which was previously set for September 4, 2007 has been continued to **September 11, 2007 @ 10:00 a.m.**, before the Honorable Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 22, 2007

                                                BY: /s/ Corinne Lew
                                                          Corinne Lew
                                                          Courtroom Deputy for
                                                          Honorable Patricia V. Trumbull