IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATECH FLASH TECHNOLOGY, INC., ET AL.,<br>            Plaintiff,<br><br>     v.<br><br>LIN, ET AL.,<br>            Defendant. | CASE NO.: C 07-2949 PVT<br><br>**CLERK'S NOTICE TO CONTINUE MOTION HEARING** |

   PLEASE TAKE NOTICE that Defendant's Motion to Dismiss in the above-entitled matter which was previously set for September 11, 2007 has been continued to **September 18, 2007 @ 10:00 a.m.**, before Magistrate Patricia V. Trumbull.  Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED:  September 6, 2007

                                        BY: /s/ Corinne Lew
                                               Corinne Lew
                                          Courtroom Deputy for
                                        Magistrate Patricia V. Trumbull