UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATECH FLASH TECHNOLOGY, INC,
ET AL.
        Plaintiff(s),

v.

MARTIN C. LIN, ET AL.

        Defendant(s).
_____/

Case No. C 07-02949 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/10/2007

Dated: 9/10/2007

Defendant Yushan Wang
[Party]

/s/ Jeffrey Lee
[Counsel]

# CERTIFICATE OF SERVICE

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

Yung Ming Chou, Esq.
39111 Paseo Padre Parkway, Suite 207
Fremont, California 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

*Attorney for Plaintiff Atech Flask Technology Inc. & Sunus Suntek Inc.*

Dated: September 11, 2007                    JEFFREY K. LEE
                                             SALLIE KIM
                                             GCA LAW PARTNERS LLP

                                             By: __/s/ Jeffrey K. Lee__ .
                                                  Jeffrey K. Lee

                                             Attorneys for Defendants
                                             MARTIN C. LIN, YUSHAN WANG,
                                             AKA SAMANTHA WANG, and
                                             IMAGE DEVICE INC.