UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATECH FLASH TECHNOLOGY, INC,
ET AL.

               Plaintiff(s),

v.

MARTIN C. LIN, ET AL.

               Defendant(s).

Case No. C 07-02949 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/10/2007

Dated: 9/10/2007

Defendant Martin Lin
[Party]

/s/ Jeffrey Lee
[Counsel]

1          **CERTIFICATE OF SERVICE**

2

3          The foregoing document has been filed electronically with the Clerk of the Court

4     this day through the Court's electronic filing system, which will provide notice to the

5     following E-mail recipients:

6

7     Yung Ming Chou, Esq.
      39111 Paseo Padre Parkway, Suite 207

8     Fremont, California 94538
      Tel.: (510) 713-8698

9     Fax: (510) 713-8690

10         *Attorney for Plaintiff Atech Flask Technology Inc. & Sunus Suntek Inc.*

11

12    Dated: September 11, 2007                        JEFFREY K. LEE
                                                       SALLIE KIM
13                                                     GCA LAW PARTNERS LLP

14
                                                       By: __/s/  Jeffrey K. Lee____.
15                                                           Jeffrey K. Lee

16                                                     Attorneys for Defendants
                                                       MARTIN C. LIN, YUSHAN WANG,
17                                                     AKA SAMANTHA WANG, and
                                                       IMAGE DEVICE INC.
18

19

20

21

22

23

24

25

26

27

28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949