UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 9/18/07

COURT REPORTER: Jana Ridenour　　　　　　　Clerk: Corinne Lew

Case No: C07-2949 PVT　　　　　　　Case Title: Atech Flash Technology Inc., et al.,   vs.  Lin, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Yung Ming Chou | Jeffrey K. Lee |

## PROCEEDINGS

Pretrial Conferences:　　[ ] Initial　　　[ ] Status　　　[ ] Discovery

　　　　　　　　　　　　[ ] Settlement　　[ ] Final

　　　　　　　　　　　　[ ] Other　　　　**[X] Motion**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [X] | 1. Motion to Dismiss. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted　　　　　　[X] Submitted　　　　　　[ ] Settled

[ ] Denied　　　　　　　[ ] Briefs to be filed　　　[ ] Not Settled

[ ] Granted in part, denied in part　　　　　　　　[ ] Off Calendar

Briefing Schedule:　　Opening　　　　　　　　　Answer
　　　　　　　　　　　Reply

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff　　　[ ] Defendant　　　[X] Court　　　[ ] Court w/opinion