**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ATECH FLASH TECHNOLOGY INC.,           C 07-2949 PVT

    *Plaintiff(s),*

                      **CLERK'S NOTICE RESCHEDULING**
                      **CASE MANAGEMENT CONFERENCE**

*vs.*

LIN, ET AL.,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for October 2, 2007 has been rescheduled for **October 16, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 18, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK