# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Atech Flash Technology Inc., | 07-02949 PVT MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Lin, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Sue J. Stott**
Thelen Reid Brown Raysman & Steiner, LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3606
415-369-7712

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02949 PVT MED                                     - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 25, 2007

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02949 PVT MED                         - 2 -