1   YUNG MING CHOU, ESQ (SBN 172118)
    39111 Paseo Padre Parkway, Suite 207
2   Fremont, CA 94538
    Tel.: (510) 713-8698
3   Fax: (510) 713-8690
    E-Mail; chouyung@aol.com
4
    Attorney for Plaintiffs
5   ATECH FLASH TECHNOLOGY INC.
    & SUNUS SUNTEK INC.
6
    JEFFREY K. LEE, State Bar No. 212465
7   SALLIE KIM, State Bar No. 142781
    GCA LAW PARTNERS LLP
8   1891 Landings Drive
    Mountain View, CA  94043
9   Phone No.:  (650) 428-3900
    Fax No.: (650) 428-3901
10  E-mail: jlee@gcalaw.com
    E-mail: skim@gcalaw.com
11
    Attorneys for Defendants
12  MARTIN C. LIN, YUSHAN WANG, AKA
    SAMANTHA WANG, and IMAGE DEVICE INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17  ATECH FLASH TECHNOLOGY INC. &
    SUNUS SUNTEK INC.                        Case No.: C07 02949 PVT
18
         Plaintiffs,                         **SECOND STIPULATED REQUEST TO
19                                           CONTINUE CASE MANAGEMENT
                                             CONFERENCE AND [PROPOSED]
    vs.                                      ORDER**
20
    MARTIN C. LIN, YUSHAN WANG, A.K.A.
21  SAMANTHA WANG., AND IMAGE DEVICE         The Hon. Patricia V. Trumbull
    INC.
22
         Defendants.
23

24

25      Pursuant to Civil Local Rule 6-2, plaintiffs Atech Flash Technology Inc. and Sunus

26  Suntek Inc. and defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image

27  Device, Inc. hereby stipulate and request that this Court continue the initial case management

28
                                         1

1    conference, presently set for October 16, 2007, to December 4, 2007 or until a reasonable time

2    after the Court's final disposition of its subject matter jurisdiction.

3         The parties jointly declare the following in support of this request:

4         WHEREAS, on September 18, 2007, the Court issued its order granting Defendants'

5    motion to dismiss for lack of subject matter jurisdiction, allowing Plaintiffs to file a First

6    Amended Complaint in this action on or by October 8, 2007;

7         WHEREAS, on September 18, 2007, the Court issued an order resetting the initial case

8    management conference to October 16, 2007, thus requiring the parties to complete their initial

9    disclosures and file their Rule 26(f) Report and Joint Case Management Statement by October 9,

10   2007;

11        WHEREAS, defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image

12   Device Inc. anticipate filing a motion to dismiss plaintiffs' First Amended Complaint for, *inter*

13   *alia*, lack of subject matter jurisdiction and any other reasonable grounds;

14        WHEREAS, on September 12, 2007, the Court referred this case to mediation to be

15   completed by December 11, 2007;

16        WHEREAS, all plaintiffs and defendants filed their written consents to proceed before a

17   United States Magistrate Judge on August 2, 2007;

18        WHEREAS, the requested continuance of the initial case management conference would

19   be in the agreed best interests of the parties and have no effect on the schedule for this case;

20        WHEREAS, it would best serve judicial economy for this Court to continue the initial

21   case management conference until after resolution of its subject matter jurisdiction in this action;

22        WHEREAS, the parties stipulated to a previous five (5) day enlargement of time for

23   defendants to respond to plaintiff's complaint and were granted one written request for a

24   stipulated continuance and one oral request for a stipulated continuance regarding the initial case

25   management conference while the Court considered Defendants' first motion under Fed. R. Civ.

26   P. 12(b)(1);

27        WHEREFORE plaintiffs Atech Flash Technology Inc. and Sunus Suntek Inc. and

28   defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device Inc. hereby

2

1  jointly stipulate and request that this Court continue the initial case management conference until

2  December 4, 2007 or until a reasonable time after the Court's final disposition of its subject

3  matter jurisdiction.

4

Dated: September 28, 2007

5                                                          ___/s/ Yung-Ming Chou (by permission)
                                                              Yung-Ming Chou
6

7                                                         Attorney for  Plaintiffs
                                                          ATECH FLASH TECHNOLOGY INC. &
8                                                         SUNUS SUNTEK INC.

9

10  Dated: September 28, 2007                            JEFFREY K. LEE
                                                          SALLIE KIM
11                                                        GCA LAW PARTNERS LLP

12                                                        By:__/s/ Jeffrey K. Lee_____.
                                                              Jeffrey K. Lee
13

14                                                        Attorneys for Defendants
                                                          MARTIN C. LIN, YUSHAN WANG, AKA
15                                                        SAMANTHA WANG, and IMAGE
                                                          DEVICE INC.
16

17                                    **ORDER**

18       After consideration of the parties' Second Stipulated Request to Continue Case

19  Management Conference and [Proposed] Order and good cause appearing:

20       PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial case management

21  conference, previously set for October 16, 2007, has been rescheduled for December 4, 2007 at

22  2:00 p.m. before United States Magistrate Judge Patricia V. Trumbull.  Parties are to appear in

23  courtroom #5, 4th floor of the United States Courthouse, 280 South First Street, San Jose,

24  California.

25

26

Dated: _____, 2007                    _____
27                                                        Patricia V. Trumbull
                                                          United States Magistrate Judge
28

3

SECOND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
Case No. C07 02949 PVT

1

**CERTIFICATE OF SERVICE**

2

3       The foregoing document has been filed electronically with the Clerk of the Court

4   this day through the Court's electronic filing system, which will provide notice to the

5   following E-mail recipients:

6

7       Yung Ming Chou, Esq.
        39111 Paseo Padre Parkway, Suite 207

8       Fremont, California 94538
        Tel.: (510) 713-8698

9       Fax: (510) 713-8690

10      *Attorney for Plaintiff Atech Flask Technology Inc. & Sunus Suntek Inc.*

11

12   Dated: September 28, 2007                        JEFFREY K. LEE
                                                        SALLIE KIM
13                                                      GCA LAW PARTNERS LLP

14                                                      By: __/s/ Jeffrey K. Lee____.
15                                                              Jeffrey K. Lee

16                                                      Attorneys for Defendants
                                                        MARTIN C. LIN, YUSHAN WANG,
17                                                      AKA SAMANTHA WANG, and
                                                        IMAGE DEVICE INC.
18

19

20

21

22

23

24

25

26

27

28

Case No.: C07 02949