JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN,
YUSHAN WANG, AKA SAMANTHA WANG,
and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF LAW IN SUPPORT**<br><br>The Hon. Patricia V. Trumbull<br><br>Filed concurrently:<br>1. Declaration of Jeffrey K. Lee<br>2. Proposed Order<br>3. Substitution of Attorneys |

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

GCA Law Partners LLP ("GCA" or "Withdrawing Counsel"), counsel for

defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and

IMAGE DEVICE INC. (collectively referred to as "Defendants"), hereby applies, pursuant

Case No.: C07 02949 PVT                    -1-
Defs' Counsel Withdrawal Application

to Civil Local Rule 11-5(a), for an order permitting it to withdraw as counsel of record for Defendants.

This application is made on the grounds that, *inter alia*, (1) notice of withdrawal has been given reasonably in advance to Defendants and all other parties appearing in the case; (2) Defendants have knowingly and freely consented to GCA's withdrawal and secured the services of substitute counsel for this action; and (3) Defendants and Withdrawing Counsel have irreconcilable differences over the management and direction of the litigation, making it unreasonably difficult for GCA to continue to represent Defendants effectively. This application is based on the accompanying memorandum, the Declaration of Jeffrey K. Lee, the Substitution of Attorneys filed simultaneously with this application, and any other arguments and evidence presented to this Court.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

### I. BACKGROUND[1]

On or about June 26, 2007, GCA Law Partners LLP ("GCA" or "Withdrawing Counsel"), was retained by Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC. (collectively referred to as "Defendants") to represent each in connection with this action.

On July 20, 2007, GCA filed on Defendants' behalf, a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), to dismiss the original

---

[1] The facts recited in this memorandum are set forth in the accompanying Declaration of Jeffrey K. Lee.

Case No.: C07 02949 PVT
Defs' Counsel Withdrawal Application
-2-

Complaint for Damages filed by plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. After a full briefing of the issues and oral argument at a September 18, 2007 hearing, on September 20, 2007, the Court granted Defendants' motion, dismissing the complaint for lack of subject matter jurisdiction and allowing Plaintiffs leave to amend. Plaintiffs filed their First Amended Complaint on October 8, 2007. Defendants' answer or response to the First Amended Complaint became due on or by October 26, 2007.

This case has been referred to mediation due to be completed by December 12, 2007. The Initial Case Management Conference is scheduled for December 4, 2007 with an initial disclosures exchange, a Joint Case Management Statement, and a Rule 26(f) report due on November 27, 2007.

GCA notified Defendants verbally during September 2007 and in writing on October 8, 2007, that it would seek to withdraw as Defendants' counsel of record. GCA makes this application, *inter alia*, due to (1) Defendants' knowing and free consent to GCA's withdrawal and (2) irreconcilable differences over the management and direction of the litigation, making it unreasonably difficult for GCA to continue to represent Defendants effectively.

On October 19, 2007, Defendants notified GCA in writing that they have retained Richard Kutche, Esq. of San Jose, California as substitute counsel in this matter. Notice of this application for withdrawal has been given reasonably in advance to the Defendants and all other parties appearing in the case. Mr. Kutche has informed Withdrawing Counsel that he and Plaintiff counsel have agreed to a reasonable extension of time for Defendants to file a responsive pleading addressed to the First Amended Complaint. A Substitution of

Attorneys evidencing Defendants' consent to withdrawal is being filed simultaneously with this application.

## II.   ARGUMENT

Civil Local Rule 11-5 governs counsel's withdrawal from a case. Under L.R. 11-5(a) counsel may withdraw only after being "relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Moreover, L.R. 11-5(b) encourages simultaneous appearance of substitute counsel – upon which withdrawing counsel may be fully relieved of all obligations to the client: "When withdrawal by an attorney from an action is *not accompanied by simultaneous appearance of substitute counsel* or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the Clerk, if the Court so directs), *unless and until the client appears by other counsel* or pro se. . . ." (emphasis added).

California Rule of Professional Conduct Rule 3-700(b) requires that withdrawing counsel take "reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client" and "allow[] time for employment of other counsel." The circumstances for withdrawal in California include (but are not limited to) certain enumerated grounds identified by California Rule of Professional Conduct Rule 3-700(c). Rule 3-700(c) provides in relevant part that "a member may not request permission to withdraw in matters pending before a tribunal, . . . unless such request or such withdrawal is because:

Case No.: C07 02949 PVT
Defs' Counsel Withdrawal Application
-4-

> (1) The client . . . (d) . . . renders it unreasonably difficult for the member to carry out the employment effectively, or . . . . ,
>
> * * *
>
> (5) The client knowingly and freely assents to termination of the employment. . . .

All conditions for withdrawal identified in Civil Local Rule 11-5 and Rule 3-700 have been satisfied with respect to this application. As stated in the Declaration of Jeffrey K. Lee, GCA has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including by providing reasonable advance notice to the client of its pending withdrawal and providing time for Defendants to employ substitute counsel in this matter. Defendants knowingly and freely assented to GCA's withdrawal and have notified GCA of the identity of substitute counsel, Richard Kutche, Esq., of San Jose, California. A Substitution of Attorneys filed simultaneously with this application provides Defendants' respective signed consents. Moreover, among other bases for withdrawal, Withdrawing Counsel and Defendants have irreconcilable differences over the management and direction of the litigation, making it unreasonably difficult for GCA to continue to represent Defendants effectively.

A copy of this application is being served by the Court's ECF system on the counsel listed on the Court's service list. In addition, copies of this submission, supporting documents, and the Substitution of Attorneys are being served on the Defendants, Richard Kutche, Esq., and the court-appointed mediator by United States mail and electronic mail.

Case No.: C07 02949 PVT    -5-
Defs' Counsel Withdrawal Application

## III. CONCLUSION

For the reasons above, GCA Law Partners LLP respectfully requests that the Court grant its application to withdraw as counsel of record for all Defendants with no further obligations in this matter.

Respectfully submitted,

Dated: October 23, 2007

GCA LAW PARTNERS LLP

By: /s/ Jeffrey K. Lee
Jeffrey K. Lee

Attorneys for Defendants
MARTIN C. LIN, YUSHAN WANG,
AKA SAMANTHA WANG, and
IMAGE DEVICE INC.

# CERTIFICATE OF SERVICE

The foregoing APPLICATION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF JEFFREY K. LEE; SUBSTITUTION OF ATTORNEY and [PROPOSED] ORDER have been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

> Yung Ming Chou, Esq.
> 39111 Paseo Padre Parkway, Suite 207
> Fremont, California 94538
> Email: chouyung@aol.com
> Tel.: (510) 713-8698
> Fax: (510) 713-8690

In addition, the forgoing documents have been served via electronic mail on the following:

> Sue J. Stott, Esq.
> Thelen Reid Brown
> Raysman & Steiner LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105
> Email: sstott@thelen.com
> Tel: (415) 369-7712
> Fax: (415) 369-8712
>
> Richard A. Kutche
> Attorney at Law
> 46 South First Street
> San Jose, California 95113-2406
> Email: rakutche@pacbell.net
> Tel: 408-295-0474
> Fax: 408-295-0471

Dated: October 23, 2007                                GCA LAW PARTNERS LLP

                                                       By: __/s/ Jeffrey K. Lee__ .
                                                              Jeffrey K. Lee

Case No.: C07 02949

-1-