JEFFREY K. LEE, State Bar No. 212465
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
E-mail: jlee@gcalaw.com
E-mail: skim@gcalaw.com

Attorneys for Defendants MARTIN C. LIN,
YUSHAN WANG, AKA SAMANTHA WANG,
and IMAGE DEVICE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>**DECLARATION OF JEFFREY K. LEE**<br><br>The Hon. Patricia V. Trumbull |

I, JEFFREY K. LEE, declare as follows:

1. I am a member of the bar of this Court and a member of GCA Law Partners LLP ("GCA" or "Withdrawing Counsel"). I make this declaration of my own knowledge and would testify to the matters stated herein if called as a witness.

2. On or about June 26, 2007, GCA was retained by Defendants MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC. (collectively referred to as "Defendants") to represent each in connection with this action.

Case No.: C07 02949 PVT
Declaration of Jeffrey K. Lee

3. On July 20, 2007, GCA filed on Defendants behalf, a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), to dismiss the original Complaint for Damages filed by plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc.

4. After full briefing of the issues and oral argument at a September 18, 2007 hearing on the motion, on September 20, 2007, the Court granted Defendants' motion, dismissing the complaint for lack of subject matter jurisdiction and allowing Plaintiffs leave to amend.

5. Plaintiffs filed their First Amended Complaint on October 8, 2007.

6. Defendants' answer or response to the First Amended Complaint became due on or by October 26, 2007.

7. This case has been referred to mediation due to be completed by December 12, 2007.

8. The Initial Case Management Conference is scheduled for December 4, 2007 with initial disclosures to be exchanged and a Joint Case Management Statement and Rule 26(f) report due for filing on November 27, 2007.

9. GCA notified Defendants verbally during September 2007 and in writing on October 8, 2007, that it would seek to withdraw as Defendants' counsel of record.

10. GCA is seeking to withdraw, among other reasons, due to irreconcilable differences over the management and direction of this litigation that make it unreasonably difficult for GCA to continue to represent Defendants effectively.

11. On October 19, 2007, Defendants notified GCA in writing that they have retained Richard Kutche, Esq. of San Jose, California as substitute counsel in this matter.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949 PVT
Declaration of Jeffrey K. Lee

12. Notice of this application for withdrawal has been given reasonably in advance to the Defendants and all other parties appearing in the case.

13. Mr. Kutche has informed me that he and Plaintiff counsel have agreed to a reasonable extension of time for Defendants to file a responsive pleading addressed to the First Amended Complaint.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed at Mountain View, California on the 23rd day of October 2007.

                                             /s/ Jeffrey K. Lee

                                                Jeffrey K. Lee

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Case No.: C07 02949 PVT
Declaration of Jeffrey K. Lee

# CERTIFICATE OF SERVICE

The foregoing APPLICATION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF JEFFREY K. LEE; SUBSTITUTION OF ATTORNEY and [PROPOSED] ORDER have been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

> Yung Ming Chou, Esq.
> 39111 Paseo Padre Parkway, Suite 207
> Fremont, California 94538
> Email: chouyung@aol.com
> Tel.: (510) 713-8698
> Fax: (510) 713-8690

In addition, the forgoing documents have been served via electronic mail on the following:

> Sue J. Stott, Esq.
> Thelen Reid Brown Raysman & Steiner LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105
> Email: sstott@thelen.com
> Tel: (415) 369-7712
> Fax: (415) 369-8712
>
> Richard A. Kutche
> Attorney at Law
> 46 South First Street
> San Jose, California 95113-2406
> Email: rakutche@pacbell.net
> Tel: 408-295-0474
> Fax: 408-295-0471

Dated: October 23, 2007                                GCA LAW PARTNERS LLP

                                                       By: __/s/ Jeffrey K. Lee__ .
                                                              Jeffrey K. Lee

Case No.: C07 02949

-1-