```
 1  JEFFREY K. LEE - SBN 212465
    SALLIE KIM - SBN 142781
 2  GCA LAW PARTNERS LLP
    1891 Landings Drive
 3  Mountain View, CA 94043
    Phone No.: (650)428-3900
 4  Fax No.: (650)428-3901
    E-mail: jlee@gcalaw.com
 5  E-mail: skim@gcalaw.com

 6  RICHARD A. KUTCHE - SBN 151950
    46 South First Street
 7  San Jose, California 95113-2406
    Telephone (408) 295-0474
 8  Facsimile (408) 295-6693
    E-mail: rakutche@pacbell.net
 9
    Attorney for Defendants MARTIN C. LIN,
10  YUSHAN WANG aka SAMANTHA WANG,
    and IMAGE DEVICE, INC.
11
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY, INC. & SUNUS SUNTEK, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG aka SAMANTHA WANG, and IMAGE DEVICE, INC.;<br><br>Defendants. | Case No.   C07-02949 PVT<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

GCA LAW PARTNERS, LLP hereby notifies all parties and this Court of the following substitution of attorneys:

Defendants MARTIN C. LIN, YUSHAN WANG aka SAMANTHA WANG, and IMAGE

---

ATECH FLASH TECHNOLOGY, ET AL. V. MARTIN C. LIN, ET AL., U.S. DISTRICT COURT CASE NO. C07-02949 PVT
NOTICE OF SUBSTITUTION OF ATTORNEY

DEVICE, INC., formerly represented by GCA LAW PARTNERS, LLP hereby substitute RICHARD A. KUTCHE as their new attorney in this matter, and GCA LAW PARTNERS, LLP and MARTIN C. LIN, YUSHAN WANG aka SAMANTHA WANG, and IMAGE DEVICE, INC. agree to such substitution.

I, MARTIN C. LIN agree to this substitution:

Date: OCT 22, 2007

I, YUSHAN WANG agree to this substitution:

Date: Oct. 22, 2007

I, YUSHAN WANG, President of IMAGE DEVICE, INC. agree to this substitution:

Date: Oct. 22, 2007

I, RICHARD A. KUTCHE agree to this substitution:

Date: 10-23-07

I, JEFFREY LEE, of GCA LAW PARTNERS, LLP agree to this substitution:

Date: 10-23-2007

Respectfully submitted:

Date: 10-23-2007

JEFFREY LEE, of GCA LAW PARTNERS, LLP