YUNG MING CHOW, SBN 172118
39111 Paseo Padre Parkway, Suite 207
Fremont, California 94538
Telephone (510)713-8698
Facsimile (510)713-8690
E-mail: chouyung@aol.com

RICHARD A. KUTCHE - SBN 151950
46 South First Street
San Jose, California 95113-2406
Telephone (408) 295-0474
Facsimile (408) 295-6693
E-mail: rakutche@pacbell.net

Attorney for Defendants MARTIN C. LIN,
YUSHAN WANG aka SAMANTHA WANG,
and IMAGE DEVICE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ATECH FLASH TECHNOLOGY, INC. & SUNUS SUNTEK, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> MARTIN C. LIN, YUSHAN WANG aka SAMANTHA WANG, and IMAGE DEVICE, INC.; <br><br> Defendants. | Case No.   C07-02949 PVT <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** <br><br> The Hon. Patricia V. Trumbull |

   IT IS HEREBY STIPULATED by and between Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. (collectively, "Plaintiffs") and Defendants Martin C. Lin, Yushan Wang a.k.a. Samantha Wang, and Image Device, Inc. (collectively "Defendants"), through their respective undersigned counsel, pursuant to Local Rule 6-1, that the time within which Defendants must answer or otherwise respond to the First Amended Complaint for Damages in this action shall be extended by

nineteen (19) days through and including November 16, 2007.

      This Stipulation is not entered into for purposes of delay, but rather to provide Defendants' new attorney time in which to review the file in this matter and for the parties to engage in settlement negotiations. The parties believe that this extension of time is in their best interests and designed to "secure the just, speedy, and inexpensive determination" of this action consistent with the mandate of Federal Rule of Civil Procedure 1.

**IT IS SO STIPULATED:**

Dated: October 23, 2007                                                    /s/ Yong Ming Chou
                                                              YUNG MING CHOU, Attorney for Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc.

Dated: October 23, 2007                                                    /s/ Richard A. Kutche
                                                              RICHARD A. KUTCHE, Attorney for Defendants Martin C. Lin, Yushan Wang a.k.a. Samantha Wang, and Image Device, Inc.

Atech Flash Technology, Inc., et al. v. Martin C. Lin, et al.
U.S. District Court, Norther District of California, Case No. C07-02949 PVT

## CERTIFICATE OF SERVICE

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

| | |
|---|---|
| Yung Ming Chou, Esq.<br>39111 Paseo Padre Parkway, Suite 207<br>Fremont, CA 94538<br>Telephone (510)713-8698<br>Facsimile (510)713-8690<br>E-mail: chouyung@aol.com | Attorney for Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. |

Dated: October 23, 2007

          /s/ Richard A. Kutche
RICHARD A. KUTCHE, Attorney for Defendants
MARTIN C. LIN, YUSHAN WANG aka
SAMANTHA WANG, and IMAGE DEVICE, INC.