UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG, and IMAGE DEVICE INC.<br><br>Defendants. | No. C07 02949 PVT<br><br>[~~PROPOSED~~] ORDER<br><br>The Hon. Patricia V. Trumbull |

After consideration of the Application to Withdraw as Counsel of Record, accompanying memorandum, Declaration of Jeffrey K. Lee, Substitution of Attorneys and [Proposed] Order and for good cause appearing:

IT IS SO ORDERED that the Application to Withdraw as Counsel of Record is GRANTED.

GCA Law Partners LLP is hereby withdrawn as counsel of record for all defendants with no further obligations in this matter.

Richard Kutche, Esq., shall be substituted as counsel of record for all defendants.

Dated: __October 24__, 2007

_Patricia V. Trumbull_
Patricia V. Trumbull
United States Magistrate Judge

Case No.: C07 02949 PVT
[Proposed] Order

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

## CERTIFICATE OF SERVICE

The foregoing APPLICATION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF JEFFREY K. LEE; SUBSTITUTION OF ATTORNEY and [PROPOSED] ORDER have been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

> Yung Ming Chou, Esq.
> 39111 Paseo Padre Parkway, Suite 207
> Fremont, California 94538
> Email: chouyung@aol.com
> Tel.: (510) 713-8698
> Fax: (510) 713-8690

In addition, the forgoing documents have been served via electronic mail on the following:

> Sue J. Stott, Esq.
> Thelen Reid Brown
> Raysman & Steiner LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105
> Email: sstott@thelen.com
> Tel: (415) 369-7712
> Fax: (415) 369-8712
>
> Richard A. Kutche
> Attorney at Law
> 46 South First Street
> San Jose, California 95113-2406
> Email: rakutche@pacbell.net
> Tel: 408-295-0474
> Fax: 408-295-0471

Dated: October 23, 2007                        GCA LAW PARTNERS LLP

                                               By: __/s/ Jeffrey K. Lee__ .
                                                   Jeffrey K. Lee

-1-

Case No.: C07 02949

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900