1  YUNG MING CHOW, SBN 172118
   39111 Paseo Padre Parkway, Suite 207
2  Fremont, California 94538
   Telephone (510)713-8698
3  Facsimile (510)713-8690
   E-mail: chouyung@aol.com
4
5  Attorney for Plaintiffs ATECH FLASH
   TECHNOLOGY, INC. & SUNUS SUNTEK, INC.
6  RICHARD A. KUTCHE - SBN 151950
   46 South First Street
7  San Jose, California 95113-2406
   Telephone (408) 295-0474
8  Facsimile (408) 295-6693
   E-mail: rakutche@pacbell.net
9
10 Attorney for Defendants MARTIN C. LIN,
   YUSHAN WANG aka SAMANTHA WANG,
   and IMAGE DEVICE, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY, INC. & SUNUS SUNTEK, INC. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MARTIN C. LIN, YUSHAN WANG aka )<br>SAMANTHA WANG, and IMAGE )<br>DEVICE, INC.; )<br>)<br>Defendants. )<br>) | Case No.  C07-02949 PVT<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>The Hon. Patricia V. Trumbull |

IT IS HEREBY STIPULATED by and between Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. (collectively, "Plaintiffs") and Defendants Martin C. Lin, Yushan Wang a.k.a. Samantha Wang, and Image Device, Inc. (collectively "Defendants"), through their respective

1  undersigned counsel, pursuant to Local Rule 6-1, that the time within which Defendants must answer or
2  otherwise respond to the First Amended Complaint for Damages in this action shall be extended to and
3  including January 4, 2008.
4        This Stipulation is not entered into for purposes of delay, but rather to provide the parties more
5  time to attempt settlement of the case.  The parties have entered into pre-mediation settlement
6  negotiations and have a court supervised mediation scheduled with mediator Susan Stott on December 6,
7  2007.  In the event that the case is not settled, defendants anticipate that they will file another motion to
8  dismiss and moving the due date of the responsive pleading will alleviate a conflict with the due date of
9  plaintiff's opposition to the motion to dismiss as plaintiffs' attorney, Yung Ming Chou, will be out of the
10 office from December 24, 2007 to January 3, 2008.  The parties believe that this extension of time is in
11 their best interests and designed to "secure the just, speedy, and inexpensive determination" of this
12 action consistent with the mandate of Federal Rule of Civil Procedure 1.
13
14 **IT IS SO STIPULATED:**
15
16 Dated: November 9, 2007              /s/ Yong Ming Chou
                                       YUNG MING CHOU, Attorney for Plaintiffs Atech
17                                     Flash Technology, Inc. and Sunus Suntek, Inc.
18
19 Dated: November 9, 2007              /s/ Richard A. Kutche
                                       RICHARD A. KUTCHE, Attorney for Defendants
20                                     Martin C. Lin, Yushan Wang a.k.a. Samantha
                                       Wang, and Image Device, Inc.
21
22
23
24
25
26
27
28

Atech Flash Technology, Inc., et al. v. Martin C. Lin, et al.
U.S. District Court, Norther District of California, Case No. C07-02949 PVT

**CERTIFICATE OF SERVICE**

The foregoing document has been filed electronically with the Clerk of the Court this day through the Court's electronic filing system, which will provide notice to the following E-mail recipients:

| | |
|---|---|
| Yung Ming Chou, Esq.<br>39111 Paseo Padre Parkway, Suite 207<br>Fremont, CA 94538<br>Telephone (510)713-8698<br>Facsimile (510)713-8690<br>E-mail: chouyung@aol.com | Attorney for Plaintiffs Atech Flash Technology, Inc. and Sunus Suntek, Inc. |

Dated:  November 9, 2007                    /s/ Richard A. Kutche
                                            RICHARD A. KUTCHE, Attorney for Defendants
                                            MARTIN C. LIN, YUSHAN WANG aka
                                            SAMANTHA WANG, and IMAGE DEVICE, INC.

---

ATECH FLASH TECHNOLOGY, ET AL. V. MARTIN C. LIN, ET AL., U.S. DISTRICT COURT CASE NO. C07-02949 PVT
SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT          PAGE 3