| | |
|---|---|
| 1 | YUNG MING CHOU, ESQ (SBN 172118)<br>39111 Paseo Padre Parkway, Suite 207 |
| 2 | Fremont, CA 94538<br>Tel.: (510) 713-8698 |
| 3 | Fax: (510) 713-8690<br>E-Mail; chouyung@aol.com |
| 4 | |
| 5 | Attorney for Plaintiffs<br>ATECH FLASH TECHNOLOGY INC.<br>& SUNUS SUNTEK INC. |
| 6 | |
| 7 | RICHARD A. KUTCHE, ESQ. (SBN 151950)<br>46 South First Street |
| 8 | San Jose, CA 95113<br>Tel:: (408) 295-0474<br>Fax: (408) 295-6693 |
| 9 | E-mail: rakutche@pacbell.net |
| 10 | Attorney for Defendants<br>MARTIN C. LIN, YUSHAN WANG, AKA |
| 11 | SAMANTHA WANG, and IMAGE DEVICE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATECH FLASH TECHNOLOGY INC. &<br>SUNUS SUNTEK INC.<br><br>         Plaintiffs,<br><br>    vs.<br><br>MARTIN C. LIN, YUSHAN WANG, A.K.A.<br>SAMANTHA WANG., AND IMAGE<br>DEVICE INC.<br><br>         Defendants. | Case No.: C07 02949 PVT<br>ORDER ON<br>**THIRD STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Hon. Patricia V. Trumbull |

      Pursuant to Civil Local Rule 6-2, plaintiffs Atech Flash Technology Inc. and Sunus Suntek Inc. and defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device, Inc. hereby stipulate and request that this Court continue the initial case management conference, presently set for December 4, 2007, to March 4, 2008 or until a reasonable time after the Court's final disposition of its subject matter jurisdiction.

1

1     The parties jointly declare the following in support of this request:

2     WHEREAS, on September 18, 2007, the Court issued its order granting Defendants'
3  motion to dismiss for lack of subject matter jurisdiction, allowing Plaintiffs to file a First
4  Amended Complaint in this action on or by October 8, 2007;

5     WHEREAS, on October 1, 2007, the Court issued an order resetting the initial case
6  management conference to December 4, 2007, thus requiring the parties to complete their initial
7  disclosures and file their Rule 26(f) Report and Joint Case Management Statement by November
8  27, 2007;

9     WHEREAS, defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image
10 Device Inc. anticipate filing a motion to dismiss plaintiffs' First Amended Complaint for, *inter*
11 *alia*, lack of subject matter jurisdiction and any other reasonable grounds;

12    WHEREAS, on September 12, 2007, the Court referred this case to mediation to be
13 completed by December 11, 2007;

14    WHEREAS, all plaintiffs and defendants filed their written consents to proceed before a
15 United States Magistrate Judge on August 2, 2007;

16    WHEREAS, the parties have agreed to conduct a mediation on December 6, 2007 to
17 explore the possibility of settlement of this case, and further agreed that defendants may file their
18 responsive pleading by January 4, 2008 so that defendants would have enough time to prepare
19 documents for second motion to dismiss and to avoid conflict schedule of plaintiffs' counsel;

20    WHEREAS, it might take up to two months for the court to hear the proposed motion to
21 dismiss dependent upon the calendar of this Court;

22    WHEREAS, the requested continuance of the initial case management conference would
23 be in the agreed best interests of the parties and have no effect on the schedule for this case;

24    WHEREAS, it would best serve judicial economy for this Court to continue the initial
25 case management conference until after resolution of its subject matter jurisdiction in this action;

26    WHEREAS, the parties stipulated to a previous five (5) day enlargement of time for
27 defendants to respond to plaintiff's complaint and were granted one written request for a
28 stipulated continuance and one oral request for a stipulated continuance regarding the initial case

2

THIRD STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
Case No. C07 02949 PVT

management conference while the Court considered Defendants' first motion under Fed. R. Civ. P. 12(b)(1);

WHEREFORE plaintiffs Atech Flash Technology Inc. and Sunus Suntek Inc. and defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and Image Device Inc. hereby jointly stipulate and request that this Court continue the initial case management conference until March 4, 2008 or until a reasonable time after the Court's final disposition of its subject matter jurisdiction.

Dated: November 19, 2007

    /s/ Yung-Ming Chou    
Yung-Ming Chou

Attorney for Plaintiffs
ATECH FLASH TECHNOLOGY INC. &
SUNUS SUNTEK INC.

Dated: November 19, 2007

By:  /s/ Richard A. Kutche  .
Richard A. Kutche

Attorney for Defendants
MARTIN C. LIN, YUSHAN WANG, AKA SAMANTHA WANG, and IMAGE DEVICE INC.

## ORDER

After consideration of the parties' Third Stipulated Request to Continue Case Management Conference and [Proposed] Order and good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial case management conference, previously set for December 4, 2007, has been rescheduled for March 4, 2008 at 2:00 p.m. before United States Magistrate Judge Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th floor of the United States Courthouse, 280 South First Street, San Jose, California.

Dated: ___11/20___, 2007        ___/s/ Patricia V. Trumbull___
                                Patricia V. Trumbull
                                United States Magistrate Judge