1  RICHARD A. KUTCHE - SBN 151950
   46 South First Street
2  San Jose, California 95113-2406
   Telephone (408) 295-0474
3  Facsimile (408) 295-6693
   E-mail: rakutche@pacbell.net
4
   Attorney for Defendants MARTIN C. LIN,
5  YUSHAN WANG aka SAMANTHA WANG,
   and IMAGE DEVICE, INC.
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12  ATECH FLASH TECHNOLOGY, INC. &     )   Case No.  C07-02949 PVT
    SUNUS SUNTEK, INC.                 )
13                                     )
              Plaintiffs,              )   ORDER EXCUSING DEFENDANTS
14                                     )   FROM PERSONAL APPEARANCE AT
    vs.                                )   MEDIATION
15                                     )
    MARTIN C. LIN, YUSHAN WANG aka     )   The Hon. Patricia V. Trumbull
16  SAMANTHA WANG, and IMAGE           )
    DEVICE, INC.;                      )
17                                     )
              Defendants.              )
18                                     )

19       Having received and considered the request pursuant to ADR Local Rule 6-9 of Defendants

20  Martin C. Lin, Yushan Wang a.k.a. Samantha Wang, and Image Device, Inc. (collectively "Defendants")

21  to be excused from personal appearance of the December 6, 2007 mediation in this case:

22       IT IS HEREBY ORDERED, Defendants are excused from personal appearance at mediation and

23  that Defendant Martin C. Lin *and his wife* shall fully participate in the December 6, 2007 mediation via telephone.

24

25  Dated: 11-30-07                              /s/ [signature]
                                                 ADR MAGISTRATE JUDGE
26

27

28

ATECH FLASH TECHNOLOGY, ET AL. V. MARTIN C. LIN, ET AL., U.S. DISTRICT COURT CASE NO. C07-02949 PVT
ORDER EXCUSING DEFENDANTS FROM PERSONAL APPEARANCE AT MEDIATION