**FILED**

DEC 1 4 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Atech Flash Technology Inc., | No. C 07-02949 PVT MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Lin, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 12/6/07 and 12/11/07

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 12/11/07

_____
Mediator, Sue J. Stott
Thelen Reid Brown Raysman & Steiner
101 Second St., Suite 1800
San Francisco, CA 94105-3606

**Certification of ADR Session**
07-02949 PVT MED