YUNG MING CHOU, ESQ (SBN 172118)
chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

Attorney for Plaintiffs
    ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ATECH FLASH TECHNOLOGY INC. & SUNUS SUNTEK INC. | Case No.: C07 02949 PVT |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | |
| MARTIN C. LIN, YUSHAN WANG, A.K.A. SAMANTHA WANG., AND IMAGE DEVICE INC. | |
| Defendants. | |

        Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, plaintiffs Atech Flash

Technology Inc. and Sunus Suntek Inc. voluntarily dismiss this action and all causes of action

contained therein against defendants Martin C. Lin, Yushan Wang, a.k.a. Samantha Wang, and

Image Device Inc. with prejudice.

Dated: December 14, 2007

            _____/s/ Yung-Ming Chou_____
            Yung-Ming Chou
            Attorney for Plaintiffs
            Sunus Suntek Inc. & Atech Flash
            Technology Inc.

1

1

PROOF OF SERVICE BY E-MAIL

2

Yung-Ming Chou certifies:

3

4

I am, and at times mentioned herein was, an active member of the State Bar of California and not a party to the within cause. My business address is 39111 Paseo Padre Parkway, Suite 207, Fremont, CA 94538.

5

6

On December 14, 2007, I served a copy of attached NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE by electronic mail to the following recipient:

7

8

Richard A. Kutche, Esq.
46 South First Street
San Jose, California 95113-2406
Email: rakutche@pacbell.net

9

10

11

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12

Dated: December 14, 2007

13

__/s/ Yung-Ming Chou_____
Yung-Ming Chou

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

(NOTICE OF VOLUNTARY DISMISSAL OF ACTION)
C07 02949 PVT